## UNITED STATES OF AMERICA
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §     7:18-cr-01691-4 |
| VS. | § |
| | § |
| RONALDO GALLEGOS | § |

## NOTICE OF EARLY PLEA

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    COMES NOW, MAURO BARREIRO to give notice to this Honorable Court, that Defendant, RONALDO GALLEGOS, intends to file an Early Plea.

    Respectfully submitted,

LAW OFFICES OF MAURO BARREIRO
3603 West Alberta Road
Edinburg, Texas 78539
Telephone:   (956)  682-2431
Facsimile:   (956)  682-2432


By:   /s/   MAURO BARREIRO
      MAURO BARREIRO
      Federal I.D. No. 31233

# **CORRECTED CERTIFICATE OF SERVICE**

I, Mauro Barreiro, hereby certify that a true and correct copy of the foregoing Notice of Early Plea , was forwarded to opposing counsel listed below,  on this  June 12, 2019.

**UNITED STATES ATTORNEY'S OFFICE**
Texas Commerce Bank Building
1701 W. Hgwy. 83, Suite 600
McAllen, Texas 78501


　　　　　　　　　　　　　　　　　　　　 /s/     MAURO BARREIRO
　　　　　　　　　　　　　　　　　　　　MAURO BARREIRO